IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff § <br> § Case No. 7:11-CR-19 (HL) <br> v. § <br> § <br> TONY BIVINS, § <br> § <br> Defendant. § <br> _____ § | |

## ORDER

This matter came to be heard on the parties' Joint Motion To Continue Pretrial Conference and Trial. The Court, having considered the matter, finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the current pretrial conference setting of July 6, 2011, is vacated. The pretrial conference is rescheduled for September 26, 2011.

IT IS FURTHER ORDERED that the time from the filing of the parties' Joint Motion To Continue Pretrial Conference and Trial, through the new date of the pretrial conference, is excluded for purposes of the Speedy Trial Act. *See* 18 U.S.C. § 3161 et seq. In the joint motion, the parties have represented that defense counsel is unavailable for trial during the Court's July trial term. The parties have also represented that forensic examination and analysis of the computers involved in this case is incomplete. Furthermore, the government is considering filing a superseding indictment. Additional time will also allow the parties to continue their ongoing plea discussions and possibly resolve this case short of trial. This is the first trial continuance requested by either party. Based on these facts, and having considered the factors enumerated in 18 U.S.C. § 3161(h)(B), the Court FINDS that the ends of justice served by continuing this case

to the Court's next trial term outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the time from June 28, 2011, the date the parties' joint motion to continue was filed, through September 26, 2011, the new pretrial conference date, is excluded from computation under the Speedy Trial Act.

Dated this 26th day of June, 2011.

                                                s/Hugh Lawson
                                                HON. HUGH LAWSON
                                                U.S. District Judge